STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7356
    FAX: (415) 436-7234
    Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-cr-00364 CRB |
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| DANIEL FLAHERTY, | |
| Defendant. | |

      This matter came before the Court on July 22, 2021, for a detention hearing after pretrial services filed a Form 8 violation. The hearing was held via videoconference with the consent of the defendant. All parties appeared remotely at the detention hearing.  The defendant was represented by Elisse Larouche of the Federal Public Defender's Office.  Assistant United States Attorney Alexis James appeared for the government.  Pretrial Services, with appearance by Carolyn Truong, recommended detention.  The government concurred in this recommendation, and the defendant opposed.  At the hearing, counsel and pretrial services submitted proffers and arguments regarding detention.

///

///

///

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant must be detained pending sentencing in this matter.

IT IS SO ORDERED.

DATED: July 23, 2021

_____
HONORABLE SALLIE KIM
United States Magistrate Judge